```
Attachment A
                                    :
02-2635    SHIRK                    :
02-2735    WATSON                   :
02-2736    HOOD                     :
02-2737    HART                     :
02-2738    JOHNSON                  :
02-2681    SHIRK                    :
02-2845    KINIUK                   :
02-3166    HRYCYK                   :
02-3168    GREEN                    :
02-3169    SAKEWICZ                 :
02-3170    HENDRICKS                :
02-3171    PALMER                   :
02-3172    BERRY                    :
02-3175    SOLOMON                  :
02-3176    ROMANOWSKI               :
02-3177    O'DONNELL                :
02-3448    HARTMANN                 :
02-3449    ROCKS                    :
02-3450    REED                     :
02-3451    GAMBLER                  :
02-3452    MACAULEY                 :
02-3630    ALIBERT                  :
02-3631    VISCO                    :
02-3632    DANCSECS                 :
02-3847    HAMMOND                  :
02-3848    POTTER                   :
02-4095    SMITH                    :
02-4096    SEARFOSS                 :
02-4097    GEARINGER                :
02-4101    FRYE                     :
02-4338    ZIMMERMAN                :
02-4339    MEYER                    :
```

Case 2:02-cv-03847-JF   Document 4-2   Filed 10/09/2002   Page 2 of 2